HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00089-DAD |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| PHONESAVANH VONGTHONGDY, | |
| Defendant. | |

Defendant, Phonesavanh Vongthongdy, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release that began on or about March 2022.

Mr. Vongthongdy was sentenced on July 12, 2010, and was sentenced to 204 months custody and 5 years of Supervised Release. Mr. Vongthongdy submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed to assist with terminating his supervised release.

DATED:  December 5, 2023            */s/ Eric V Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __December 6, 2023__          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE